## The Grand Rapids, Newaygo & Lake Shore Railroad Company v. Ary Van Driele and others.

*Railroads: Petition to acquire title to lands: Necessity.* A petition to acquire title to lands for railroad purposes must allege that the taking is necessary for the public use.

*Railroads: Constitutional law: Necessity: Public use: Verdict of jury.* A finding in the verdict of a jury in a proceeding to acquire title to lands for railroad purposes, "that it was and is necessary to take and use said land for the purpose of operating and constructing said railroad by said company," is not such a finding of the necessity for taking said property for the public use, either in form or substance, as is required by *Art. XVIII.*, § *2* of our constitution.— *Mansfield, Coldwater & Lake Mich. R. R. Co. v. Clark, 23 Mich., 519.*

*Heard and decided April 5.*

Appeal from the Probate Court of Kent County.

This was a petition by the railroad company to acquire the right of way for railroad purposes over the lands of Ary Van Driele and others. This petition did not state that there was any necessity for taking the property for public use. A jury was demanded, and twelve jurors having been summoned and impanneled, the matter was tried before them. The report of the jury on the subject of the necessity of the taking for the public use, simply determined "that it was and is necessary to take and use said land, as above described, for the purpose of operating and constructing said railroad by said company." The sum awarded as damages to Van Driele was one hundred and twenty-five dollars. The report of the jury was con-

firmed as to the award to Van Driele, and he appealed to this court.

*Norris & Blair*, for the petitioner.

*Willard Kingsley*, for the appellant, was stopped by the court.

THE COURT held that a petition to acquire title to lands for railroad purposes should allege that the taking was necessary for the public use; and that the finding of the jury "that it was and is necessary to take and use said land for the purpose of operating and constructing said railroad by said company," is not such a finding of the necessity for taking said property for the public use, either in form or substance, as is required by the constitution.— *Article XVIII.*, § 2. See *Mansfield, Coldwater & Lake Mich. R. R. Co. v. Clark, 23 Mich., 519.*

The proceedings must be reversed with costs.